UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KEVIN LABRANCHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4-16-CV-0311-GAF |
| | ) |
| THE SCHOOL DISTRICT OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ADDRESS CHANGE

COMES NOW Ivan L. Nugent, attorney for the Defendant, and hereby gives notice that he has changed firms effective September 6, 2016, as follows:

**Guin Mundorff, LLC**
**4520 Main Street, Suite 520**
**Kansas City, MO 64111**
**816-333-1700 (Phone)**
**816-886-3860 (Fax)**
**inugent@gmschoollaw.com**

Respectfully submitted,

GUIN MUNDORF, LLC

By: /s/ Ivan L. Nugent
    Ivan L. Nugent    MO #62148
    4520 Main Street, Suite 520
    Kansas City, MO 64111
    816-333-1700 (Phone)
    816-886-3860 (Fax)
    inugent@gmschoollaw.com
    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

   I hereby certify that on this 7th day of September, 2016, the foregoing document was sent via electronic mail to the following:

Karon Ramsey
WELLS & RAMSEY, LLC
1115 East 65th Street
Kansas City, MO 64110
karonramsey01@att.net
Attorney for Plaintiff

                /s/Ivan L. Nugent_____
                Ivan L. Nugent